USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT O'NEIL,

        Plaintiff,

-against-

EMILY RATAJKOWSKI and EMRATA HOLDINGS, LLC,

        Defendants.

19 Civ. 9769 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 28, 2019, the Court ordered the parties to submit a joint status letter and proposed case management plan by January 7, 2020. ECF No. 8. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **January 13, 2020**, at **12:00 p.m.**

    SO ORDERED.

Dated: January 10, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge