UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT O'NEIL,

          Plaintiff,

-against-

EMILY RATAJKOWSKI and EMRATA HOLDINGS, LLC,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020

19 Civ. 9769 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 14, 2019, the Court ordered the parties to submit a letter indicating whether they wish to be referred to the magistrate judge for settlement discussions by February 13, 2020. ECF No. 15 ¶ 14. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their letter by **February 18, 2020.**

SO ORDERED.

Dated: February 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge