UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT O'NEIL,

          Plaintiff,

-against-

EMILY RATAJKOWSKI and EMRATA HOLDINGS, LLC,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2020
```

19 Civ. 9769 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the parties' pre-motion letters requesting leave to move for summary judgment, ECF Nos. 25, 28, the case management conference scheduled for July 29, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: July 27, 2020
       New York, New York

                                    ANALISA TORRES
                                United States District Judge