

**Daniel A. Schnapp**
*Partner*
T 212-940-3026
dschnapp@nixonpeabody.com

Tower 46
55 West 46th Street
New York, NY  10036-4120
212-940-3000

September 16, 2020

*By ECF, Courtesy Copy By Email*

**The Honorable Analisa Torres**
**United States District Court**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street**
**New York, NY 10007**

*RE:  O'Neil v. Emily Ratajkowski, et. al. (1:19-cv-9769-AT)*

Dear Judge Torres:

     As the Court is aware, we represent Defendants Emily Ratajkowski and Emrata Holdings, LLC ("Defendants") in the above-captioned matter.

     As the Court is also aware, Defendants filed their motion for summary judgment and for fees and costs on September 9, 2020.  In their motion, Defendants demonstrated that the Instagram Stories Post was an expression of Ms. Ratajkowski's feeling that her privacy will always be invaded by paparazzi like Plaintiff.

     Today, September 16, 2020, Ms. Ratajkowski exited her residence in Manhattan to discover Plaintiff in his car parked directly outside her front door. Ms. Ratajkowski took photographs of the car's license plate number and we have confirmed that the car is, in fact, registered to Plaintiff.   The photographs are attached to the courtesy copy of this letter submitted to the Court.

     This action, especially only days after, and perhaps in retaliation for, Defendants' filing of their Motion, is disturbing and concerning.  Further, it appears to be an attempt to intimidate and harass Ms. Ratajkowski.

     We respectfully request that the Court take notice of Plaintiff's pattern of behavior, and that the Instagram Stories Post is not only commentary and critique of Plaintiff's and the paparazzi's behavior, but that it is based upon an unfortunate pattern of behavior by Plaintiff.

4845-5611-5659.2

September 16, 2020
Page 2

NIXON PEABODY LLP
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

    We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Daniel A. Schnapp*

DAS

cc:  Richard Liebowitz, Esq.

4845-5611-5659.2