

November 9, 2021

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *O'Neil v. Emily Ratajkowski,* 1:19-cv-09769 (AT)

Dear Judge Torres:

      This law office represents plaintiff Robert O'Neil ("Plaintiff") in the above referenced action.  We are writing to respectfully request that the Court enter an order terminating Richard Liebowitz as counsel of record in this matter.  On November 3, 2021, Mr. Liebowitz was suspended from the practice of law indefinitely in the state of New York. Accordingly, Mr. Liebowitz is no longer associated with Liebowitz Law Firm, PLLC, which is now owned by his sister Rebecca R. Liebowitz, Esq., an officer of this court.  Undersigned counsel will remain counsel of record for Plaintiff.

      We thank the Court for its consideration.

      Respectfully Submitted,

      **s/jameshfreeman/**
      James H. Freeman

      *Counsel for Plaintiff*

