

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T:  516-203-7600
F:  516-282-7878

April 13, 2022

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *O'Neil v. Ratajkowski, et al.,* 1:19-cv-09769 (AT)

Dear Judge Torres:

We represent Plaintiff Robert O'Neil ("Plaintiff") in the above-captioned case. We write to inform the Court that the parties have reached a settlement in principle pending their negotiation of a final settlement agreement.  We therefore respectfully request that the Court issue an order of discontinuance of the action without prejudice and without costs; but with leave to reopen the case in thirty (30) days from the date of the order if the parties have not submitted a Stipulation of Dismissal by such time.

The parties also respectfully request that the Court adjourn all dates, including the deadlines for pretrial submissions, and stay all pending motions until such time as the Stipulation of Dismissal is entered or, if not, until the parties notify the Court that the action should be reopened.  Defendants Emily Ratajkowski and Emrata Holdings LLC consent to the requested relief.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*