```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2022
```

**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT O'NEIL

    Plaintiff,

- against –

EMILY RATAJKOWSKI,
EMRATA HOLDINGS, LLC

    Defendant.

---

Case No. 1:19-CV-09769-AT

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Robert O'Neil and counsel for defendants Emily Ratajkowski and Emrata Holdings, LLC that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each Party will bear its own costs and expenses, including attorneys' fees.

 Plaintiff's former counsel, Liebowitz Law Firm, PLLC, agrees to pay defendant Emrata Holdings LLC $2500.00. As part of the settlement agreement, the parties have agreed that Defendant Emily Ratajkowski's alleged use of the copyrighted photograph in this Action is non-infringing.

_James H. Freeman_

James H. Freeman

SANDERS LAW GROUP
100 Garden City Plaza, Ste. 500
Garden City, New York 11530
Telephone: (516) 203-7600
jfreeman@sanderslaw.group

Dated: May 4, 2022

*Attorneys for Plaintiff*

Daniel Adam Schnapp

NIXON PEABODY LLP (NYC)
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3026
dschnapp@nixonpeabody.com

Dated: May 4, 2022

*Attorneys for Defendants*

SO ORDERED.

Dated: May 4, 2022
New York, New York

ANALISA TORRES
United States District Judge

10